UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, et al.,

                  Plaintiffs,

-against-                                 09 Civ. 3206 (LAK)

METRO FURNITURE SERVICES, INC., etc.,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED #: 6/17/09

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The parties are invited to submit letter briefs, not to exceed 4 double spaced pages each, addressing the question whether the arbitrator had any basis in the collective bargaining agreement or otherwise to award liquidated damages and, if so, what that basis might have been. Submissions shall be filed on or before June 24, 2009.

       SO ORDERED.

Dated:     June 17, 2009

                                                   Lewis A. Kaplan
                                           United States District Judge